# Court of Appeals
# of the State of Georgia

ATLANTA,    March 18, 2014

*The Court of Appeals hereby passes the following order:*

**A14I0138. THE MEDICAL CENTER HOSPITAL AUTHORITY v. ALAN KEITH CAVENDER.**
**A14I0139. THE MEDICAL CENTER HOSPITAL AUTHORITY v. CARLA WRIGHT et al.**
**A14I0140. DOCTORS HOSPITAL, INC. v. MARION BAKER et al.**
**A14I0141. THE MEDICAL CENTER HOSPITAL AUTHORITY v. MARION BAKER et al.**
**A14I0143. SECURITAS SECURITY SERVICES, USA, INC. v. ALAN KEITH CAVENDER et al.**
**A14I0144. SECURITAS SECURITY SERVICES, USA, INC. v. MARION BAKER et al.**
**A14I0145. SECURITAS SECURITY SERVICES, USA, INC. v. CARLA WRIGHT.**

Upon consideration of the Applications for Interlocutory Appeal listed above, it is ordered that they be hereby GRANTED. The Appellants may file Notices of Appeal within 10 days of the date of this order. The Clerk of the Superior Court is directed to include a copy of this order in the records transmitted to the Court of Appeals.

The parties are authorized and encouraged to adopt or incorporate by reference, in whole or in part, briefs of other parties or briefs in other cases, and they are discouraged from filing multiple, identical or nearly identical briefs in each case.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 03/18/2014
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*